Matthew Keith McDOWELL, Respondent,

v.

Laurie Holland McDOWELL, Appellant.

No. WD 40682.

Missouri Court of Appeals, Western District.

Jan. 31, 1989.

**736**

James T. Buckley of Buckley and Mitchell, Sedalia, for appellant.

Roger J. Schuber, Sedalia, for respondent.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appellant appeals from an order of the trial court modifying a decree of dissolution so as to award child support to respondent, the custodial parent.

The order is affirmed. Rule 84.16(b).